UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-1096
_____

STATE OF DELAWARE, ex rel. Kathleen Jennings,
Attorney General of the State of Delaware

v.

B.P. AMERICA INC.; BP P.L.C; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PHILLIPS 66 COMPANY; EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; XTO ENERGY INC.; HESS CORPORATION; MARATHON OIL CORPORATION; MARATHON PETROLEUM CORPORATION; MARATHON PETROLEUM COMPANY LP; SPEEDWAY LLC; MURPHY OIL CORPORATION; MURPHY USA INC.; SHELL PLC; SHELL USA; CITGO PETROLEUM CORPORATION; TOTALENERGIES SE.; OCCIDENTAL PETROLEUM CORPORATION; DEVON ENERGY CORPORATION; APACHE CORPORATION; CNX RESOURCES CORPORATION; CONSOL ENERGY INC.; OVINTIV, INC.; AMERICAN PETROLEUM INSTITUTE; TOTALENERGIES MARKETING USA, INC.,

Appellants.
_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 1:20-cv-01429)
District Judge: Honorable Leonard P. Stark
_____

Argued: June 21, 2022

Before: McKEE, RESTREPO, and BIBAS, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of Delaware and was argued on June 21, 2022.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's judgment entered on January 5, 2022, is hereby **AFFIRMED.** Costs will be taxed against Appellants.

ATTEST:

Dated: August 17, 2022

s/ Patricia S. Dodszuweit
Clerk

Certified as a true copy and issued in lieu of a formal mandate on    10/12/22

Teste: *[signature]*
**Clerk, U.S. Court of Appeals for the Third Circuit**