## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

| | |
|---|---|
| STATE OF DELAWARE, *ex rel.* KATHLEEN JENNINGS, ATTORNEY GENERAL OF THE STATE OF DELAWARE,<br><br>     *Plaintiff–Appellee,*<br><br>     v.<br><br>BP AMERICA INC., *et al.*,<br><br>     *Defendants–Appellants.* | No. 22-01096 |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

  Kathleen Taylor Sooy of Crowell & Moring LLP respectfully requests to withdraw her appearances as counsel for CONSOL Energy Inc. ("CONSOL"). CONSOL will continue to be represented by Tracy A. Roman and Honor R. Costello of Crowell & Moring LLP.

January 6, 2023             Respectfully submitted,

                    /s/ Kathleen Taylor Sooy
                   Kathleen Taylor Sooy
                   CROWELL & MORING LLP
                   1001 Pennsylvania Ave., N.W.
                   Washington, DC 20004
                   Telephone: 202-624-2500
                   Email: ksooy@crowell.com

## CERTIFICATE OF SERVICE

On January 6, 2023, I caused this document to be filed with the Clerk of the Court through the CM/ECF system, which will serve copies on all registered counsel.

                                                /s/ Kathleen Taylor Sooy
                                                Kathleen Taylor Sooy