# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1096

State of Delaware v. BP America Inc, et al

(District Court No. 1-20-cv-01429)

# O R D E R

The Court has received an **Entry of Appearance** by **Sterling Marchand, Esq.** on behalf of Hess Corporation and Murphy Oil Corporation**.** The document does not comply with the following Court requirement(s) for electronic filing:

Our records indicate that you are not a member of the bar of the Third Circuit. Practice before the Court is limited to members of this Court's bar and a prerequisite to the filing of any papers with this Court. Instructions for admission and an application form are available on the Court's website http://www.ca3.uscourts.gov.

Pursuant to 3d Cir. LAR. 113.2, Counsel must register as a Filing User of the Court's electronic filing system.

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may, in its discretion, impose sanctions as it deems appropriate. Such sanctions include, but are not limited to, the dismissal of the appeal, imposition of costs or disciplinary sanctions upon a party or counsel.**

The above deficiencies must be corrected within 7 days. No action will be taken on the document until these deficiencies are corrected.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date:　　　　August 30, 2023
SLC/cc:　　　Counsel of Record
　　　　　　　Sterling Marchand, Esq.